**Don Alexander BROWN, Petitioner–
Appellant,**

v.

**Patrick CONROY; Attorney General
for the State of Maryland,
Respondents–Appellees.**

No. 00–7531.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Don Alexander Brown, pro se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney general of Maryland, Baltimore, MD, for appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Don Alexander Brown seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Brown v. Conroy,* No. CA–00–2321 AW (D. Md. filed and entered Sept. 26, 2000; and filed Oct. 10, 2000; entered Oct. 11, 2000). We deny Brown's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*